# RECOMMENDATION TERMINATING
# SUPERVISED RELEASE PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Docket Number: 2:01CR00357-01 |
| ) | |
| Jose Ibarra OLLER ) | |

**LEGAL HISTORY:**

On June 18, 2003, the above-named was sentenced to 39 months custody in the Bureau of Prisons to be followed by a term of Supervised Release for a period of 60 months, which commenced on August 5, 2005. Special conditions included: Warrantless search; Drug/alcohol treatment program/testing; Co-payment for treatment/testing; and Drug offender registration.

**SUMMARY OF COMPLIANCE:**

Mr. Oller has complied with all conditions and special conditions of Supervised Release, and has not been involved in any further criminal activities. It is the opinion of the probation officer that Mr. Oller has derived maximum benefit from supervision and is not in need of continued supervision.

RE:   Jose Ibarra OLLER
      Docket Number: 2:01CR00357-01
      **RECOMMENDATION TERMINATING**
      <u>**SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**</u>

**RECOMMENDATION:**

It is, therefore, respectfully recommended that Supervised Release in this case be terminated early.

Respectfully submitted,

/s/ Richard W. Elkins
**RICHARD W. ELKINS**
**Senior United States Probation Officer**

Dated:    February 27, 2009
          Elk Grove, California
          RWE/cj

**REVIEWED BY:**     /s/ Deborah A. Spencer
                    **DEBORAH A. SPENCER**
                    **Supervising United States Probation Officer**

cc:   AUSA - Mary L. Grad (Pursuant to Rule 32, notice of proposed relief to the supervisee is being provided. If no objection is received from you within 14 days, the probation officer's Recommendation and Prob 35-Order Terminating Supervised Release Prior to Expiration Date, will be submitted to the Court for approval.)

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | Docket Number: 2:01CR00357-01 |
| | ) | |
| **Jose Ibarra OLLER** | ) | |
| | ) | |

On August 5, 2005, the above-named was placed on Supervised Release for a period of 60 months. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Richard W. Elkins
**RICHARD W. ELKINS
Senior United States Probation Officer**

Dated: February 27, 2009
Elk Grove, California
RWE/cj

**REVIEWED BY:** /s/ Deborah A. Spencer
**DEBORAH A. SPENCER
Supervising United States Probation Officer**

**RE:   Jose Ibarra OLLER**
**Docket Number:  2:01CR00357-01**
**ORDER TERMINATING SUPERVISED RELEASE**
**PRIOR TO EXPIRATION DATE**

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from Supervised Release, and that the proceedings in the case be terminated.

Date:  March 19, 2009

```
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE
```

RWE/cj

Attachment:  Recommendation

cc:  United States Attorney's Office